IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KALLBERG INDUSTRIES, LLC,
a Tennessee limited liability company,

    Plaintiff,
vs.

AUTOMOTIVE EXPERTS, INC.,
a Georgia company, and MICHAEL KUNKEL,

    Defendants.
_____/

## COMPLAINT FOR DECLARATORY JUDGMENT/ACCOUNTING

This is an action by KALLBERG INDURSTRIES, LLC ("KALLBERG" or "Plaintiff") against AUTOMOTIVE EXPERTS, INC. and MICHAEL KUNKEL ("Defendants" or "AUTOMOTIVE EXPERTS" or "KUNKEL") for a declaratory judgment establishing the amounts due by KALLBERG, if any, to Defendants, as a result of their business dealings.

## PARTIES

1. KALLBERG's principal place of business is in Williamson County, Tennessee.

2. AUTOMOTIVE EXPERT's principal place of business is in Richmond, Georgia.

3. KUNKEL is a resident of the State of Georgia and the Chief Executive Officer of AUTOMOTIVE EXPERTS.

## JURISDICTIONAL STATEMENT

4. The amount in controversy exceeds $15,000 and this Court has original jurisdiction pursuant to Florida Statute Section 26.012(2)(c).

5. This Court has the jurisdiction to determine the rights of the parties and to issue declaratory judgments pursuant to Florida Statute Section 86.011.

## LONG ARM JURISDICTION

6. Defendants have submitted themselves to the jurisdiction of the courts of the State of Florida under Section 48.193(1)(a)(1) of the Florida Statutes by operating, conducting, engaging in, or carrying on a business or business venture in this state.

7. Moreover, the Defendants submitted themselves to the jurisdiction of the State of Florida under Section 48.193 (2) of the Florida Statutes by having engaged in substantial activity within this state.

8. Upon information and belief, Defendants have recently performed similar work in Florida related to Hurricane Irma that hit the state on September 10, 2017

9. Additionally, this case arises out of a business transaction that took place in the State of Florida, as all of the Defendants' equipment used by Plaintiff at issue in this declaratory relief action was provided to Plaintiff from, and returned to, Florida.

10. The Defendants' contacts within the State of Florida are neither haphazard nor fortuitous.

## VENUE

11. Venue in Broward County, Florida is proper in this action under Sections 47.011 and 47.051 of the Florida Statutes because the agreement between the parties for Defendants to perform services and rent equipment to Plaintiff occurred in this county.

## FACTS

12. KALLBERG was engaged in the Operation and Maintenance portion of the larger FEMA Power Mission responsible to service existing generators previously installed as back-up generators on Puerto Rico following Hurricane Maria on September 20, 2017 (hereinafter "O&M Mission").

2

13. KALLBERG verbally retained AUTOMOTIVE EXPERTS to supply certain equipment on the O&M Mission. KALLBERG used AUTOMOTIVE EXPERTS' equipment from October 14, 2107 until January 2018.

14. KUNKEL was verbally retained by KALLBERG to serve in a supervisory and managerial position and was the highest paid contractor on the KALLBERG O&M Mission. KUNKEL worked on the O&M Mission for KALLBERG from October 4, 2017 to January 2, 2018, until his services were terminated for cause, including insubordination and for attempting to recruit other workers to walk off the job.

15. AUTOMOTIVE EXPERTS employed KUNKEL's son, Nathaniel Kunkel, as a generator mechanic and he worked on the O&M Mission from October 14, 2017 to January 13, 2018, until his services were terminated for cause, including insubordination.

16. AUTOMOTIVE EXPERTS supplied KALLBERG with the following equipment during a portion of the O&M Mission: 8 pickup trucks, 8 trailers, 47 fuel caddies, 3 fuel totes, 3 fuel pumps, 8 oil pumps, and 8 recovery tanks.

17. Contemporaneous with the service of this lawsuit, KALLBERG simultaneously paid Defendants and Nathaniel Kunkel the following sums that it contends are due to be paid Defendants for labor and equipment utilized by KALLBERG on the O&M Mission, and based upon the above referenced verbal agreement:

    a.    MICHAEL KUNKEL:    $3,296.00

    b.    NATHANIEL KUNKEL:    $12,908.84

    c.    AUTOMOTIVE EXPERTS: $162,937.90[1]

18. However, Defendants deny that the foregoing amounts satisfy the parties' verbal

---

[1] Sums have been withheld from the total amounts of these payments in compliance with the local withholding requirements. Ten percent was withheld from the payments reflected in 16.a. & b. above, and 29% from item 16.c.

agreement and they instead contend they are due to be paid considerably more, including sums as commission for the referral of some 25 workers to KALLBERG, which KALLBERG steadfastly denies.

19. Defendants likewise contend that considerably more of its equipment was used by KALLBERG than what KALLBERG actually used, and Defendants also assert that the daily rental rate of the equipment, dates of service, and the number of days Defendant's equipment was used on the O&M Mission or otherwise retained by KALLBERG, was considerably higher than the reimbursement made in paragraph 16.c., above. KALLBERG denies this contention.

20. Defendants further contend that KUNKEL was not paid his wages for additional days worked, several days of a per diem daily for personal expenses, and his additional time and expenses incurred while he was in Puerto Rico after his termination. KALLBERG denies it is responsible to pay these purported wages and expenses.

21. Defendants also assert that they are entitled to recover the cost for shipping of their equipment to Florida, the additional time the equipment spent in Puerto Rico after KUNKEL's services were terminated, the cost of cleaning, repairing and replacement of Defendants' equipment, and the shipping time of the equipment back to Florida. Again, KALLBERG steadfastly denies that it is responsible for these items.

## DECLARATORY JUDGMENT/ACCOUNTING

22. Plaintiff realleges and reincorporates by reference paragraphs 1-20 above, as if fully set forth herein.

23. KALLBERG has performed all conditions precedent to be performed by Plaintiff or the conditions have occurred or have been waived.

24. KALLBERG is in doubt about its rights under a verbal agreement between the parties and requests to obtain a declaration of its rights, status or other equitable or legal relations

under such agreement.

25. KALLBERG's interest in this matter is to fully and finally resolve all issues pertaining to whether it owes either Defendant any monies as a result of their transaction, the work performed by AUTOMOTIVE EXPERTS or its employees Michael and Nathaniel Kunkel, the equipment rented to KALLBERG, or any other damages claimed by Defendants.

26. KALLBERG has a present, practical need for a declaration of its rights and obligations.

27. The relief sought is not merely the giving of legal advice by the Court.

28. Without a declaration, the parties are unsure as to their rights and obligations under the parties' agreement.

29. All facts and circumstances necessary to resolve these issues and all parties necessary to its adjudication are presently before this Court.

30. The transactions and business dealings between the parties are sufficiently complex or extensive to warrant this Court to grant an accounting, and KALLBERG has no adequate remedy at law to avail itself.

WHEREFORE, Plaintiff requests an accounting of the amounts that are due to Defendants and declaratory relief as to the amounts sought by Defendants to determine the amounts that are due to Defendants for labor, commission on referred labor, personal expense, and for equipment rental, cleaning, delay in its return, and shipping, and any other sums sought by Defendants, awarding Plaintiff its attorney's fees and costs to the extent allowed by Florida law, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Richard J. McIntyre*
Richard J. McIntyre, Esq.

Florida Bar No.: 0962708
Primary: rich@mcintyrefirm.com
Patrick H. Gonyea, Esq.
Florida Bar No.: 0055042
Primary: patrick@mcintyrefirm.com
Secondary: nichola@mcintyrefirm.com
McIntyre Thanasides Bringgold
Elliott Grimaldi Guito & Matthews, P.A.
500 E. Kennedy Blvd., Ste. 200
Tampa, Florida 33602
(813) 223-0000 (Phone)
(813) 899-6069 (Facsimile)
*Attorney for Kallberg Industries, LLC*

Case Number: CACE-18-023307 Division: 14
Filing # 78886656 E-Filed 10/04/2018 03:16:30 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KALLBERG INDUSTRIES, LLC,
a Tennessee limited liability company,

    Plaintiff,

vs.

AUTOMOTIVE EXPERTS, INC.,
a Georgia company, and MICHAEL KUNKEL,

    Defendants.
_____/

### SUMMONS

THE STATE OF FLORIDA
To each Sheriff of the State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint in the above-styled cause upon:

**AUTOMOTIVE EXPERTS, INC.**
**c/o Shelley Kunkel, Registered Agent**
**740 Scott Nixon Memorial Dr.**
**Augusta, GA 30907**

    Each defendant is hereby required to serve written defenses to said complaint Plaintiff's attorney whose name and address is, Richard J. McIntyre, Esq., McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A., 500 E. Kennedy Blvd., Ste. 200, Tampa, Florida 33602 within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court at 201 S.E. 6th Street, Fort Lauderdale, FL 33301, either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

    WITNESS my hand and the seal of said Court on   OCT 05 2018  .

                           BRENDA D. FORMAN,
                           AS CLERK CIRCUIT COURT

                           By: _____
                                  Deputy Clerk     BRENDA D. FORMAN

**IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN A COURT PROCEEDING OR OTHER COURT SERVICE, PROGRAM, OR ACTIVITY, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. REQUESTS FOR**

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 10/4/2018 3:16:28 PM.****

Filing # 78886656 E-Filed 10/04/2018 03:16:30 PM

Case Number: CACE-18-023307 Division: 14

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KALLBERG INDUSTRIES, LLC,
a Tennessee limited liability company,

    Plaintiff,

vs.

AUTOMOTIVE EXPERTS, INC.,
a Georgia company, and MICHAEL KUNKEL,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
To each Sheriff of the State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint in the above-styled cause upon:

**Michael Kunkel**
**740 Scott Nixon Memorial Dr.**
**Augusta, GA 30907**

    Each defendant is hereby required to serve written defenses to said complaint Plaintiff's attorney whose name and address is, Richard J. McIntyre, Esq., McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A., 500 E. Kennedy Blvd., Ste. 200, Tampa, Florida 33602 within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court at 201 S.E. 6th Street, Fort Lauderdale, FL 33301, either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

    WITNESS my hand and the seal of said Court on     OCT 05 2018

                     BRENDA D. FORMAN,
                     AS CLERK CIRCUIT COURT

                     By: _____
                              Deputy Clerk    BRENDA D. FORMAN

**IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN A COURT PROCEEDING OR OTHER COURT SERVICE, PROGRAM, OR ACTIVITY, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. REQUESTS FOR**

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 10/4/2018 3:16:28 PM.****

Filing # 79866440 E-Filed 10/25/2018 01:18:45 PM

## AFFIDAVIT OF SERVICE

**State of Florida**                                                                  **County of Broward**

Case Number: CACE-18-023507

Plaintiff:
**KALLBERG INDUSTRIES, LLC. A TENNESSEE LIMITED LIABILITY COMPANY**
vs.
Defendant:
**AUTOMOTIVE EXPERTS, INC., A GEORGIA CORPORATION AND MICHAEL KUNKEL**

TPL2018139696

For: Richard McIntyre
McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A.

Received by TS Legal on the 10th day of October, 2018 at 1:23 pm to be served on **AUTOMOTIVE EXPERTS, INC C/O SHELLEY KUNKEL, REGISTERED AGENT, 740 SCOTT NIXON MEMORIAL DR., AUGUSTA, GA 30907**. I, DAVID P SMITH, being duly sworn, depose and say that on the 18 day of OCTOBER, 2018 at 11:55 a.m., executed service by delivering a true copy of the Summons, Complaint for Declaratory Judgment/Accounting, Check for Automotive Experts ($162,937.90) and a Check for Nathanial Kunkel ($12,908.84) in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving EDWARD STALNAKER as ATTORNEY FOR AUTOMOTIVE EXPERTS/SHELLI KUNKEL - AGENT

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age 60 SEX M F Race A/S Height 5'11 Weight 180 Hair GRAY Glasses Y N

COMMENTS: SERVED AT: 561 GREENE STREET AUGUSTA GA 30901 PHONE: 706-722-7208

Age ___ Sex M F Race ___ Height ___ Weight ___ Hair ___ Glasses Y N

## AFFIDAVIT OF SERVICE For CACE-18-023507

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 19 day of OCTOBER 2018 by the affiant who is personally known to me.

*Peggy O Smith*
NOTARY PUBLIC

[Notary Seal: PEGGY O SMITH, RICHMOND COUNTY, NOTARY PUBLIC, STATE OF GEORGIA, EXPIRES 12-3-19]

PROCESS SERVER # 487
Appointed in accordance with State Statutes

TSI Legal
P.O. Box 173019
Tampa, FL 33672
(813) 282-0074

Our Job Serial Number: 2018004395
Ref: KALLBERG

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h

Case Number: CACE-18-023507 Division: 14

Filing # 78886656 E-Filed 10/04/2018 03:16:30 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KALLBERG INDUSTRIES, LLC,
a Tennessee limited liability company,

    Plaintiff,

vs.

AUTOMOTIVE EXPERTS, INC.,
a Georgia company, and MICHAEL KUNKEL,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
To each Sheriff of the State:

YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint in the above-styled cause upon:

    AUTOMOTIVE EXPERTS, INC.
    c/o Shelley Kunkel, Registered Agent
    740 Scott Nixon Memorial Dr.
    Augusta, GA 30907

Each defendant is hereby required to serve written defenses to said complaint Plaintiff's attorney whose name and address is, Richard J. McIntyre, Esq., McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A., 500 E. Kennedy Blvd., Ste. 200, Tampa, Florida 33602 within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court at 201 S.E. 6th Street, Fort Lauderdale, FL 33301, either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

WITNESS my hand and the seal of said Court on    OCT 05 2018

    BRENDA D. FORMAN,
    AS CLERK CIRCUIT COURT

    By: _____
        Deputy Clerk     BRENDA D. FORMAN

**IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN A COURT PROCEEDING OR OTHER COURT SERVICE, PROGRAM, OR ACTIVITY, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. REQUESTS FOR**

ACCOMMODATIONS MAY BE PRESENTED ON THE CIRCUIT'S ADA ACCOMMODATION REQUEST FORM, IN ANOTHER WRITTEN FORMAT, OR ORALLY. THE FORM SHOULD BE COMPLETED AND RETURNED TO DIANA SOBEL, ROOM 20140, 201 S.E. 6TH STREET, FT. LAUDERDALE, FL 33301, (954)831-7721, FAX (954)831-5572 AS FAR IN ADVANCE AS POSSIBLE, BUT PREFERABLY AT LEAST SEVEN (7) DAYS BEFORE YOUR SCHEDULED COURT APPEARANCE OR OTHER COURT ACTIVITY.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal,
debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende
votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 79866323 E-Filed 10/25/2018 01:17:29 PM

## AFFIDAVIT OF SERVICE

**State of Florida**  **County of Broward**

Case Number: CACE-18-023507

Plaintiff:
**KALLBERG INDUSTRIES, LLC. A TENNESSEE LIMITED LIABILITY COMPANY**
vs.
Defendant:
**AUTOMOTIVE EXPERTS, INC., A GEORGIA CORPORATION AND MICHAEL KUNKEL**

TPL2018139697

For: Richard McIntyre
McIntyre Thanasides Bringgold Elliott Grimaldi & Guito, P.A.

Received by TSI Legal on the 10th day of October, 2018 at 1:26 pm to be served on **MICHAEL KUNKEL, 740 SCOTT NIXON MEMORIAL DR., AUGUSTA, GA 30907**. I, _DAVID P SMITH_, being duly sworn, depose and say that on the _18_ day of _OCT._, 20_18_ at _11:55_ p.m., executed service by delivering a true copy of the **Summons, Complaint for Declaratory Judgment/Accounting, Check for Michael Kunkel ($3,296.00)** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _his Attorney's office Edward Stolsup_ as _his Attorney_, a/person of suitable age and discretion residing therein.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age _60_ Sex (M) F Race _W_ Height _5 11_ Weight _180_ Hair _GRAY_ Glasses (Y) N
COMMENTS: _SERVED AT: 561 GREENE STREET_
_AUGUSTA GA 30901_
_PHONE: 706-722-7208_

Age ____ Sex M F Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

## AFFIDAVIT OF SERVICE For CACE-18-023507

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __18__ day of __OCT__ __2018__ by the affiant who is personally known to me.

_Peggy O. Smith_
NOTARY PUBLIC

PROCESS SERVER # __483__
Appointed in accordance with State Statutes

TSI Legal
P.O. Box 173019
Tampa, FL 33672
(813) 282-0074

Our Job Serial Number: 2018004396
Ref: KALLBERG

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h

Case Number: CACE-18-023507 Division: 14
Filing # 78886656 E-Filed 10/04/2018 03:16:30 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO:

KALLBERG INDUSTRIES, LLC,
a Tennessee limited liability company,

    Plaintiff,

vs.

AUTOMOTIVE EXPERTS, INC.,
a Georgia company, and MICHAEL KUNKEL,

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
To each Sheriff of the State:

    YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint in the above-styled cause upon:

        **Michael Kunkel**
        740 Scott Nixon Memorial Dr.
        Augusta, GA 30907

    Each defendant is hereby required to serve written defenses to said complaint Plaintiff's attorney whose name and address is, Richard J. McIntyre, Esq., McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A., 500 E. Kennedy Blvd., Ste. 200, Tampa, Florida 33602 within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court at 201 S.E. 6th Street, Fort Lauderdale, FL 33301, either before service on plaintiff or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

    WITNESS my hand and the seal of said Court on     OCT 05 2018

        BRENDA D. FORMAN,
        AS CLERK CIRCUIT COURT

        By: _____
            Deputy Clerk     BRENDA D. FORMAN

**IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN A COURT PROCEEDING OR OTHER COURT SERVICE, PROGRAM, OR ACTIVITY, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. REQUESTS FOR**

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 10/4/2018 3:16:28 PM.****

ACCOMMODATIONS MAY BE PRESENTED ON THE CIRCUIT'S ADA ACCOMMODATION REQUEST FORM, IN ANOTHER WRITTEN FORMAT, OR ORALLY. THE FORM SHOULD BE COMPLETED AND RETURNED TO DIANA SOBEL, ROOM 20140, 201 S.E. 6TH STREET, FT. LAUDERDALE, FL 33301, (954)831-7721, FAX (954)831-5572 AS FAR IN ADVANCE AS POSSIBLE, BUT PREFERABLY AT LEAST SEVEN (7) DAYS BEFORE YOUR SCHEDULED COURT APPEARANCE OR OTHER COURT ACTIVITY.

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book). If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal,
debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende
votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).
Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 80383229 E-Filed 11/06/2018 11:29:43 AM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

**CASE NO.: CACE-18-023507 (14)**
_____/

KALLBERG INDUSTRIES, LLC,

      Plaintiff,

v.

AUTOMOTIVE EXPERTS, INC.
and MICHAEL KUNKEL,

      Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL AND DESIGNATION OF PRIMARY AND SECONDARY EMAIL ADDRESSES FOR DEFENDANTS

The undersigned counsel hereby appears as counsel for Defendants AUTOMOTIVE EXPERTS, INC. and MICHAEL KUNKEL and pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A) designates the following primary and secondary email addresses for service of pleadings and documents:

    Primary:    lee@leeamlaw.com
                    Eric Lee, Esq.

    Secondary:  dsokoloff@leeamlaw.com
                    Dianne Sokoloff, Assistant to Eric Lee, Esq.

                  zivaallen@leeamlaw.com
                  Ziva Allen, Assistant to Eric Lee, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing has been furnished to counsel on the attached Service List in accordance with Florida Rule of Judicial Administration 2.516 and

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CASE NO.: CACE-18-023507 (14)

Supreme Court of Florida Administrative Order No. AOSC13-49 through utilization of the Florida Court E-Filing Portal.

Dated: November 6, 2018                        Respectfully submitted,

                                               _____
                                               ERIC LEE (Bar No. 961299)
                                               lee@leeamlaw.com
                                               Lee & Amtzis, P.L.
                                               5550 Glades Road, Suite 401
                                               Boca Raton, FL  33431
                                               Telephone:  (561) 981-9988
                                               **Attorneys for Defendants**
                                               **AUTOMOTIVE EXPERTS, INC. and**
                                               **MICHAEL KUNKEL**

CASE NO.:  CACE-18-023507 (14)

## SERVICE LIST

**Attorneys for Plaintiff**
**KALLBERG INDUSTRIES, LLC**

McIntyre Thanasides, et al.
Richard J. McIntyre, Esq.
Patrick H. Gonyeah, Esq.
500 E. Kennedy Blvd., Ste. 200
Tampa, FL  33602

Primary and Secondary Email Addresses

Rich@mcintyrefirm.com
patrick@mcintyrefirm.com
nichola@mcintyrefirm.com

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

3