UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-62703-DIMITROULEAS/SNOW

KALLBERG INDUSTRIES, LLC,

    Plaintiff,

v.

AUTOMOTIVE EXPERTS, INC.
and MICHAEL KUNKEL,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the Court's entry of Findings of Fact and Conclusions of Law, entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly it is **ORDERED AND ADJUDGED** that Defendant Michael Kunkel is awarded $1,496.00 in per diem shortages, $287,700.00 in recruitment fees, and $1,250,765.00 in damages for unjust enrichment, for a total of $1,539,961.00, for which sum let execution issue. Declaratory judgment Plaintiff Kallberg Industries, LLC shall take nothing from Defendants in this action. The Clerk is hereby directed to **CLOSE** this case, and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

All Counsel of Record