UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62703-CIV-DIMITROULEAS/SNOW

KALLBERG INDUSTRIES, LLC,

    Plaintiff/Counter-Defendant,

v.

AUTOMOTIVE EXPERTS, INC.,
and MICHAEL KUNKEL,

    Defendants/Counter-Plaintiffs.
_____/

## **FINAL JUDGMENT OF GARNISHMENT**

THIS CAUSE is before the Court on the Judgment Creditors' Motion for Final Judgment of Garnishment as to Kallberg Industries, LLC (Florida) (ECF No. 92). No response to the Motion was filed.

The Court has reviewed the Motion and finds good cause for granting the requested relief. On September 4, 2019, Final Judgment was entered in favor of the Defendant Michael Kunkel in the total amount of $1,539,961. (ECF No. 47) On December 4, 2019, an Amended Final Judgment was issued, awarding $1,496.00 in per diem shortages to Defendant Kunkel, and awarding $287,700.00 in recruitment fees and $1,447,325.00 in damages for unjust enrichment to Defendant Automotive Experts, Inc., for a total award to Defendant Automotive Experts, Inc., of $1,735,025.00. (ECF No. 95) The combined total amount awarded to the Judgment Creditors is $1,736,521.00.

The Judgment Creditors served a Writ of Garnishment on the Kallberg Industries, LLC, a Florida Limited Liability Company (Kallberg Florida) on October

8, 2019. According to the Garnishee, at the time it served its Answer to the Writ of Garnishment on October 30, 2019, it was not presently indebted to the Judgment Debtor Kallberg Industries, LLC, a Tennessee limited liability company. The Garnishee reported, however, that it "may in the future owe monies to the Judgment Debtor should The Louis Berger U.S., Inc. make payment of disputed amounts due Garnishee," totaling $65,000 to $70,000. Answer (ECF No. 84).

The Judgment Debtors provided notice to the Judgment Creditor of the Writ of Garnishment and the Garnishee's Answer. (ECF No. 85) No objection to the Writ of Garnishment has been filed by the Judgment Debtor, and the time for objections has expired, pursuant to Fla. Stat. § 77.07. The statutory attorney fee of $100.00, pursuant to Fla. Stat. § 77.28, has been paid to Kallberg Florida's counsel. Motion (ECF No. 92), at 2.

Based on the above, it is

ORDERED and ADJUDGED that the Judgment Creditors' Motion for Final Judgment of Garnishment (ECF No. 92) is GRANTED. Final judgment is entered in favor of Judgment Creditors Automotive Experts, Inc., and Michael Kunkel, against Garnishee Kallberg Industries, LLC, a Florida Limited Liability Company, for any amounts it receives from The Louis Berger U.S., Inc., that would be paid by Kallberg Florida to Plaintiff/Counterdefendant Kallberg Industries, LLC. Upon receipt of any payments by The Louis Berger U.S., Inc., to Kallberg Industries, LLC, a Florida Limited Liability Company, for amounts that would be payable to Plaintiff/Counterdefendant Kallberg Industries, LLC, Kallberg Industries, LLC, a

Florida Limited Liability Company shall make payment of those amounts to the Trust Account of Lee & Amtzis, P.L., and mail such payment c/o Eric Lee, Lee & Amtzis, P.L., 5550 Glades Road, Suite 401, Boca Raton, Florida 33431. The Court reserves jurisdiction to enter such further orders as are necessary.

    DONE and ORDERED at Fort Lauderdale, Florida this 20th day of December, 2019.

*Lurana S. Snow*
**LURANA S. SNOW**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:   Counsel of record